

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 9 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO PLACIDO-BRAVO,<br><br>Defendant. | Case No.   CR-18-00227-DSF<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On January 28, 2019, Defendant Alfredo Placido-Bravo ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter.   Defendant was represented by Deputy Federal Public Defender Jelani Lindsey, specially appearing for Deputy Federal Public Defender Richard Goldman.

///

///

///

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A.    ☒    Defendant submitted to the Government's Request for Detention;

B.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

- History of failures to follow lawful court orders and failures to appear;
- Defendant's refusal to interview with Pretrial Services;
- No bail resources;
- Prior violations of supervised release.

C.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

- History of including drug-related and violent crimes;
- Nature of charged offense.

## III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: January 29, 2019

_____
/s/
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE